PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

CASE NO.: 2:21-MJ-00080-VCF

USA vs.
Defendant: CODY WYATT MAZON

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Address:

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

JAN 2 1 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AYLIN ALEXANDER
☐ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): RACHEL KENT, SAUSA

☐ Interpreter Required

Birth Date: _____
☒ Male ☐ Female
☐ Alien (if applicable)

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
NATIONAL PARK SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: County Clark

### DEFENDANT

Issue: ☐ Warrant ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 36 C.F.R. Section 4.23(a)(1) | Operating a Motor Vehicle while Under the Influence of | ☐ Felony ☒ Misdemeanor |
|   |   | Alcohol | ☐ Felony ☐ Misdemeanor |
| 2 | 36 C.F.R. Section 4.23(a)(2) | Operating a Motor Vehicle with a BAC of 0.08 Grams or | ☐ Felony ☒ Misdemeanor |
|   |   | Higher | ☐ Felony ☐ Misdemeanor |
| 3 | 36 C.F.R. Section 4.22(b)(3) | Failure to Maintain Control | ☐ Felony ☒ Misdemeanor |